UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-02050-JA-LHP

MICHAEL R. MCNEIL,

    Plaintiff,

v.

TOMOKA TOWN CENTER PHASE 1, LLC,
and BARNES & NOBLE, INC., d/b/a BARNES
& NOBLES STORE #3316,

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiff MICHAEL R. MCNEIL and Defendants TOMOKA TOWN CENTER PHASE 1, LLC, and BARNES & NOBLE, INC., d/b/a BARNES & NOBLES STORE #3316, by and through their respective undersigned counsel, pursuant to M.D. Fla. Local Rule 3.09, hereby jointly give notice that they have reached a resolution in principle of this action. The parties anticipate submitting a stipulation for dismissal with prejudice within thirty (30) days.

[This space intentionally left blank. Signature blocks appears on following page.]

Dated:  March 18, 2025                                    Respectfully submitted,

*s/ Sara Howeller*                                        *s/ Adam S. Chotiner*[1]
Sara Howeller, Esq.                                       Adam S. Chotiner, Esq.
Email: DHoweller@gmail.com                                E-Mail: achotiner@sbwh.law
The Law Offices of Sara Howeller                          Shapiro, Blasi, Wasserman
1732 Ronald Reagan Blvd                                    & Hermann, P.A.
Longwood, Florida 32750                                   7777 Glades Rd., Suite 400
Tel: (407) 977-7822                                       Boca Raton, FL  33434
Fax: (844) 300-7287                                       Tel: (561) 477-7800
Trial Counsel for Plaintiff                               Fax: (561) 477-7722
                                                          Trial Counsel for Defendant Tomoka
                                                          Town Center Phase 1, LLC


*/s/ Gretchen M. Lehman*
gretchen.lehman@ogletreedeakins.com
Gretchen M. Lehman, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Tel.: (813) 221-7239
Fax: (813) 289-6530
Trial Counsel for Defendant Barnes &
Noble, Inc.

---

[1] Plaintiff's counsel Sara Howeller, Esq. and Barnes & Noble, Inc.'s counsel Gretchen M. Lehman have authorized Adam S. Chotiner to jointly file this notice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, causing a copy to be served on all counsel of record.

          *s/ Adam S. Chotiner*
          ADAM S. CHOTINER, ESQ.
          Florida Bar No. 0146315
          E-Mail: achotiner@sbwh.law
          SHAPIRO, BLASI, WASSERMAN
           & HERMANN, P.A.
          7777 Glades Rd., Suite 400
          Boca Raton, FL  33434
          Tel:  (561) 477-7800
          Fax:  (561) 477-7722
          Trial Counsel for Defendant Tomoka Town Center Phase 1, LLC