# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      Plaintiff,

v.                                      Case No. 6:24-cv-2050-JA-LHP

**TOMOKA TOWN CENTER PHASE 1 LLC and BARNES & NOBLE, INC.,**

      Defendants.

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Joint Notice of Resolution, Doc. 21).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within thirty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 19, 2025.

                                                JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record